1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CHARLES PICOU, | **Case No. 1:17-cv-00089-LJO-EPG** |
| Plaintiff | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |
| v. | (ECF No. 9) |
| HENRY SCHEIN, INC., | |
| Defendant. | |

17        On July 31, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF

18   No. 9.) Both parties have agreed to the dismissal. In light of the stipulation, the case has ended,

19   *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997),

20   and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if

21   the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by

22   filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is

23   DIRECTED to close this case.

24

25   IT IS SO ORDERED.

26        Dated:   **August 1, 2017**                    /s/ Erica P. Grosjean

27                                                      UNITED STATES MAGISTRATE JUDGE

28

1